IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23–06–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JEREMY GEORGE LUSK, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 28.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Defendant Jeremy George Lusk is charged with one count of travel with the intent to engage in illicit sexual conduct, in violation of 18 U.S.C. § 2423(b) (Count I), and one count of attempted transfer of obscene material to a minor, in violation of 18 U.S.C. § 1470 (Count II), as set forth in the Indictment. (Doc. 1.)

1

Judge DeSoto recommends that this Court accept Lusk's guilty plea as to Count I after Lusk appeared before her pursuant to Federal Rule of Criminal Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 28) is ADOPTED in full.

IT IS FURTHER ORDERED that Lusk's motion to change plea (Doc. 22) is GRANTED.

IT IS FURTHER ORDERED that Lusk is adjudged guilty as charged in Count I of the Indictment.

DATED this 17th day of July, 2023.

_____
Dana L. Christensen, District Judge
United States District Court