IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY GEORGE LUSK,<br><br>Defendant. | CR 23–06–BU–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Motion to Dismiss Forfeiture Allegation. (Doc. 38.) The United States moves to dismiss the forfeiture allegation contained in the Indictment (Doc. 1) on the basis that there is no longer a federal interest in pursuing the judicial forfeiture. (Doc. 38 at 2.)

Accordingly, IT IS ORDERED that the motion (Doc. 38) is GRANTED. The forfeiture allegation contained in the Indictment (Doc. 1) is hereby DISMISSED WITH PREJUDICE.

DATED this 26th day of October, 2023.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court